**Order filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00489-CV

_____

**MICHAEL VAN DEELEN, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND SPRING ISD, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-14697**

## ORDER

This appeal was abated on August 14, 2018, because the court reporter responsible for the record in this case was recovering from major surgery. As of this date, the reporter's record has not been filed. In response to an order issued December 17, 2019, appellant has filed a MOTION TO REINSTATE APPEAL AND MOTION TO REMAND OR IN THE ALTERNATIVE MOTION TO SET DUE DATE FOR APPELLANT'S INITIAL BRIEF AND MOTION TO ALLOW

FILING OF EXHIBIT WITH THIS COURT. Appellees have responded and do not oppose reinstating the appeal, but do object to a remand.

We first must ascertain if the reporter is now able to file the record. Accordingly, appellant's motion is granted in part and the appeal is reinstated. We order the court reporter, Michelle Tucker, to file the record of the hearing held December 8, 2017, **within 15 days** of the date of this order.

In all other respects, appellant's motion is denied.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.